IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF MICHIGAN, <br><br> Plaintiffs, <br><br> v. <br><br> NCR CORPORATION, <br><br> Defendant. | Civil Action No. 1:19-cv-1041 |

## NOTICE OF LODGING OF CONSENT DECREE

The United States of America hereby notifies the Court that the United States, the State of Michigan, and NCR Corporation have entered into a proposed Consent Decree, which is being lodged with the filing of this notice.

Paragraph 112 of the Consent Decree provides that the United States reserves the right to withdraw or withhold consent to the Consent Decree if comments by the public disclose facts or considerations that indicate that the Consent Decree is improper, inadequate, or otherwise inappropriate. The public will have thirty (30) days, beginning on the date notice of lodging of the Consent Decree is published in the *Federal Register*, in which to submit comments on the Consent Decree.

After the public comment period has expired, the United States will inform the Court of any public comments received. If, after reviewing the public comments, the United States concludes that the Consent Decree should be entered, the United States will so advise the Court and seek entry of the Consent Decree as a final order of the Court.

Because of the public comment period, we request that the Court neither execute the Consent Decree nor enter it as an order at this time.

Respectfully submitted,

FOR PLAINTIFF THE UNITED STATES OF AMERICA:

BRUCE S. GELBER
Deputy Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice


*s/ Kristin M. Furrie*
Kristin M. Furrie
Senior Counsel
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611
Washington, D.C. 20044-7611


ANDREW BYERLY BIRGE
United States Attorney
Western District of Michigan

Adam B. Townshend
Assistant United States Attorney
Western District of Michigan
330 Ionia Ave. N.W., Suite 501
Grand Rapids, MI  49503

OF COUNSEL:

Nichole Wood-Chi, Associate Regional Counsel
Charles Mikalian, Associate Regional Counsel
U.S. Environmental Protection Agency, Region 5
77 West Jackson Blvd.
Chicago, IL  60604