IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF MICHIGAN,<br><br>        Plaintiffs,<br><br>v.<br><br>NCR CORPORATION,<br><br>        Defendant. | Civil Action No. |

**CONSENT DECREE WITH NCR CORPORATION**
**Appendix A**
**(Site Map)**

