IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF MICHIGAN, ) ) ) Plaintiffs, ) ) v. ) ) NCR CORPORATION, ) ) Defendant. ) ) GEORGIA-PACIFIC LLC, GEORGIA- PACIFIC CONSUMER PRODUCTS LP, INTERNATIONAL PAPER COMPANY, and WEYERHAEUSER COMPANY, ) ) ) ) ) Intervenors. ) ) | Civil Action No.  1:19-cv-1041 Chief Judge Robert J. Jonker Magistrate Judge Ray Kent |

**UNITED STATES' UNOPPOSED MOTION TO AUTHORIZE DEPOSIT OF FUNDS INTO COURT REGISTRY ACCOUNT**

Pursuant to Fed. R. Civ. P. 67, the United States hereby moves that the Court enter an Order authorizing Defendant NCR Corporation ("NCR") to make deposits into the Court Registry Account for settlement as contemplated by the Consent Decree (ECF No. 37) that was recently entered by the Court.

Payment by the NCR into the Court Registry Account would only be disbursed from the Court Registry Account pursuant to a separate Withdrawal Order submitted to and approved by the Court. The Withdrawal Order would direct disbursement to the Plaintiffs in accordance with Paragraphs 43, 49, 50, and 52 of the Consent Decree. If the entry of the Consent Decree is overturned through the appellate process, the money would be returned to NCR.

For the foregoing reasons, the United States hereby moves that the Court enter an Order authorizing NCR to make a payment into the Court Registry account as part of any proposed

settlement, with the deposited funds to earn interest in accordance with the Clerk of the Court's normal investment procedures.

Pursuant to 28 U.S.C. § 1914(b) and the Judicial Conference Schedule of Fees, the United States further requests that no fees be charged for services rendered on behalf of the United States in conjunction with this deposit of funds in the Court Registry Account.

A proposed "Order Authorizing NCR Corporation's Deposit of Funds into Court Registry Account" accompanies this Motion, and the United States respectfully requests that the Court enter that Order.

Dated: December 8, 2020         Respectfully submitted:

FOR THE UNITED STATES           BRUCE C. GELBER
                                Deputy Assistant Attorney General
                                Environment and Natural Resources Division


                                 _s/Kristin M. Furrie_
                                KRISTIN M. FURRIE
                                Senior Counsel
                                Environmental Enforcement Section
                                U.S. Department of Justice
                                P.O. Box 7611
                                Washington, D.C. 20044
                                (202) 616-6515
                                kristin.furrie@usdoj.gov

2

                    ANDREW BYERLY BIRGE
                    United States Attorney
                    Western District of Michigan

                    Adam B. Townshend
                    Assistant United States Attorney
                    Western District of Michigan
                    330 Ionia Ave. N.W., Suite 501
                    Grand Rapids, MI   49503

Of Counsel:
NICOLE WOOD-CHI
Associate Regional Counsel
U.S. Environmental Protection Agency - Region 5
77 W. Jackson Blvd. (C-14J)
Chicago, IL   60604