IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF MICHIGAN, ) ) ) | |
| Plaintiffs, ) ) | Civil Action No.  1:19-cv-1041 |
| v. ) ) | Chief Judge Robert J. Jonker |
| NCR CORPORATION, ) ) | Magistrate Judge Ray Kent |
| Defendant. ) ) | |
| GEORGIA-PACIFIC LLC, GEORGIA-PACIFIC CONSUMER PRODUCTS LP, INTERNATIONAL PAPER  COMPANY, and WEYERHAEUSER COMPANY, ) ) ) ) ) | |
| Intervenors. ) ) | |

**ORDER AUTHORIZING NCR CORPORATION'S DEPOSIT
OF FUNDS INTO COURT REGISTRY ACCOUNT**

The United States has filed an Unopposed Motion To Authorize Deposit Of Funds Into A Court Registry Account, which seeks authorization for Defendant NCR Corporation ("NCR") to deposit in the Court Registry Account settlement payment to be made by NCR under a recently entered Consent Decree (ECF No. 37) to earn interest in accordance with the Clerk of the Court's normal investment procedures.

**NOW, THEREFORE**, in light of the United States' Motion, and good cause appearing, **IT IS HEREBY ORDERED**:

1

1. Pursuant to Fed. R. Civ. P. 67, the Clerk of the Court shall accept any payment by NCR into the Court Registry Account that is required under the Consent Decree entered in this case.

2. The funds deposited in the Court Registry Account shall earn interest in accordance with the normal investment procedures of the Clerk of the Court.

3. Any disbursement from the Court Registry Account shall be made only in accordance with a separate Withdrawal Order of this Court. The Withdrawal Order shall direct disbursement to the Plaintiffs in the event the Consent Decree becomes a final non-appealable judgment. The Withdrawal Order shall direct disbursement to NCR to return the settlement payment if the entry of the Consent Decree is overturned on appeal.

4. Pursuant to 28 U.S.C. § 1914(b) and the Judicial Conference Schedule of Fees, no fees shall be charged for services rendered on behalf of the United States in conjunction with this deposit of funds into a Court Registry Account.

**SO ORDERED.**

_____          _____
Date                                                  Chief United States District Judge